**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A.,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | Case No. 22-cv-02391<br><br>**Hon. Steven C. Seeger**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

**DECLARATION OF AMY C. ZIEGLER**

I, Amy C. Ziegler, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Christian Dior Couture, S.A. ("Plaintiff" or "Dior"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. In our experience in working with the third parties Walmart Inc., Wish.com, and PayPal, Inc. in other similar cases, it typically takes the third parties approximately 7-10 days to complete effectuating the Temporary Restraining Order ("TRO"), including providing email addresses for Defendants.

3. In our experience working with Alibaba, Inc., the operator of AliExpress.com, Alipay, Ant Financial Services Group ("Ant Financial") (collectively, "AliExpress") in other similar cases, it typically takes AliExpress in excess of 14-21 days to complete effectuating the TRO, including providing email addresses for Defendants. To cooperate with AliExpress and allow them additional time to effectuate the TRO, we typically obtain a 14-day extension of

the TRO, as permitted by Fed. R. Civ. P. 65(b)(2). In addition, China is currently celebrating the National Day holiday (October 1 through October 7), and our point of contact at AliExpress is out of the office until October 10, 2022.

4. It is common for defendants in these types of cases to contact Plaintiff's counsel regarding settlement once they have been served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 5th day of October 2022 at Chicago, Illinois.

/Amy C. Ziegler/
Amy C. Ziegler
*Counsel for Plaintiff Christian Dior Couture, S.A.*