# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Christian Dior Couture, S.A.

                                                                  Plaintiff,

v.                                                             Case No.: 1:22−cv−02391

                                                                            Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule A

                                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 11, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for extension of time (Dckt. No. [29]) is hereby granted. Plaintiff needs time to collect the email addresses for the defendants and then effectuate service of process. The Court directs Plaintiff to effectuate service of process by October 24, 2022, and promptly file a proof of service. A status report is due by October 26, 2022. The Court vacates the other dates, and will reset the remaining dates by separate order. Responses to the complaint are due within the time set by the Federal Rules after service of process. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.