IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
147815EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A.,<br><br>   Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>   Defendants. | Case No. 22-cv-02391<br><br>**Hon. Steven C. Seeger**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

### PLAINTIFF'S MOTION FOR ENTRY OF A TURNOVER ORDER DIRECTED TO PAYPAL HOLDINGS INC.

Pursuant to Fed. R. Civ. P. 69 and 735 ILCS 5/2-1402, Christian Dior Couture, S.A. ("Dior" or "Plaintiff"), by its counsel, moves this Honorable Court for an order for turnover or funds belonging to Defendants currently held by PayPal Holdings Inc. ("PayPal"). In support of this motion, Plaintiff states the following.

On January 10, 2023, this Court entered judgment in favor of Plaintiff and against Defendants in the amount of two thousand dollars ($2,000) for willful use of counterfeit CHRISTIAN DIOR Trademarks, per defendant, and two thousand dollars ($2,000) for willful copyright infringement of the Dior Copyrighted Designs, per defendant. [54]. On January 12, 2023, the Clerk of the Court issued a Citation to Discover Assets ("Citation") directed to PayPal and regarding the below Defendants (the "Judgment Debtors").

| No. | URL | Online Marketplace |
|---|---|---|
| 181 | instagram.com/luxury_we_love_86/ | luxury_we_love_86 |
| 182 | instagram.com/luxurybag1996/ | luxurybag1996 |
| 183 | instagram.com/luxurybags0909/ | luxurybags0909 |
| 184 | instagram.com/luxurybuyer_china/ | luxurybuyer_china |
| 185 | instagram.com/luxurysuppliers89/ | luxurysuppliers89 |

1

| | | |
|---|---|---|
| 186 | instagram.com/nan55699/ | nan55699 |
| 187 | instagram.com/nparisat/ | nparisat |
| 188 | instagram.com/nuxury.cna/ | nuxury.cna |
| 189 | instagram.com/quangjiafukui/ | quangjiafukui |
| 190 | instagram.com/r30ac44_0ac4455/ | r30ac44_0ac4455 |
| 191 | instagram.com/sara_luxury_m1/ | sara_luxury_m1 |
| 192 | instagram.com/tina_collection_women2021/ | tina_collection_women2021 |
| 193 | instagram.com/valuable86676/ | valuable86676 |
| 194 | instagram.com/vhg8taqo/ | vhg8taqo |
| 195 | instagram.com/vipsupply_2/ | vipsupply_2 |
| 196 | instagram.com/z13249137629w/ | z13249137629w |
| 197 | bitcoinsbank | bitcoinsbank |
| 198 | Stacy007 | Stacy007 |
| 199 | antmall.ru | antmall.ru |
| 200 | antmall.ru | antmall.ru |
| 201 | antmall.ru | antmall.ru |
| 202 | antmall.ru | antmall.ru |
| 203 | antmall.ru | antmall.ru |
| 204 | bagreps.com | bagreps.com |
| 205 | bagreps.com | bagreps.com |
| 206 | eevshop.com | eevshop.com |
| 208 | plum0926.x.yupoo.com/ | plum0926 |
| 209 | sybrandjewelry.com | sybrandjewelry.com |
| 211 | luxurybrandtop.com | luxurybrandtop.com |
| 212 | fauxpursesale.com | fauxpursesale.com |
| 213 | dkiqsale.com | dkiqsale.com |
| 214 | luxbag.top | luxbag.top |
| 215 | loveluxurybrand.com | loveluxurybrand.com |
| 216 | richluxuries.com | richluxuries.com |
| 217 | ilikeluxuries.com | ilikeluxuries.com |
| 218 | goodluxurystore.com | goodluxurystore.com |

Plaintiff served PayPal with the Final Judgment Order and Citation on January 12, 2023. On January 31, 2023, PayPal served Plaintiff with its Answer identifying that it withheld funds belonging to the Judgment Debtors pursuant to the Citation.

Plaintiff hereby request that this Court enter an order directing PayPal to turnover the funds belonging to the Judgment Debtors being held in accordance with the Citation pursuant to Fed. R. Civ. P. 69 and 735 ILCS 5/2-1402.

Dated this 17th day of February 2023.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
khalpern@gbc.law

*Attorneys for Plaintiff Christian Dior Couture, S.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of February 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website. I will also send a copy of the foregoing to counsel for PayPal.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
khalpern@gbc.law

*Attorneys for Plaintiff Christian Dior Couture, S.A.*
