# Exhibit A

| No. | Online Marketplace | Email Addresses |
|---|---|---|
| 181 | luxury_we_love_86 | 214292789@qq.com |
| 182 | luxurybag1996 | 846803552@qq.com |
| 183 | luxurybags0909 | 569724683@qq.com |
| 184 | luxurybuyer_china | qyp517@hotmail.com |
| 185 | luxurysuppliers89 | 375684105@qq.com |
| 186 | nan55699 | 2582192975@qq.com |
| 187 | nparisat | 962263156@qq.com |
| 188 | nuxury.cna | feifeiseller11@hotmail.com |
| 189 | quangjiafukui | 1911594398@qq.com |
| 190 | r30ac44_0ac4455 | 3443809262@qq.com |
| 191 | sara_luxury_m1 | tongmay@yeah.net, RobertPerry9527@icloud.com |
| 192 | tina_collection_women2021 | akn6js@163.com |
| 193 | valuable86676 | babywanana@163.com |
| 194 | vhg8taqo | m16571018745@163.com |
| 195 | vipsupply_2 | 892985328@qq.com |
| 196 | z13249137629w | 394703022@qq.com |
| 197 | bitcoinsbank | 1256620387@qq.com |
| 198 | Stacy007 | 794597306@qq.com |
| 199 | antmall.ru | liwenluo515@163.com |
| 200 | antmall.ru | ustbiz@hotmail.com |
| 201 | antmall.ru | wishbizz8@hotmail.com |
| 202 | antmall.ru | ximaofang0328@163.com |
| 203 | antmall.ru | xixianlai1977@163.com; yangxugui1963@163.com |
| 204 | bagreps.com | hqrepsshop@gmail.com |
| 205 | bagreps.com | simonj1225@foxmail.com; simonlan1028@foxmail.com |
| 206 | eevshop.com | SharkGalaxiesZv72317@yahoo.com, AJAMESKOCHER@YAHOO.COM |
| 208 | plum0926 | 1434619706@qq.com |
| 209 | sybrandjewelry.com | 2624219439@qq.com |
| 211 | luxurybrandtop.com | pw-4d05d4ae8cd26155f69677c1c948a44d@privacyguardian.org |
| 212 | fauxpursesale.com | pw-4f756bf86f7926542d88ff679dcd624e@privacyguardian.org |
| 213 | dkiqsale.com | DomainAbuse@service.aliyun.com |
| 214 | luxbag.top | abuse@namesilo.com |
| 215 | loveluxurybrand.com | pw-5c8dd822eb641b860acaddd7c45e23d1@privacyguardian.org |

| 216 | richluxuries.com | pw-6d12035a13dc385ebc869c3aa24e9b73@privacyguardian.org |
| 217 | ilikeluxuries.com | pw-eb5e423b432596e572655e06539c85b4@privacyguardian.org |
| 218 | goodluxurystore.com | pw-875bc21ee170f20729e0a3d903f83a1d@privacyguardian.org |