UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CHRISTIAN DIOR COUTURE, S.A., | Case No. 22-cv-02391 |
| Plaintiff, | Hon. Steven C. Seeger |
| v. | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | |
| Defendants. | |

# ORDER

Plaintiff Christian Dior Couture, S.A.'s ("Dior" or "Plaintiff") Motion for Entry of a Turnover Order Directed to PayPal Holdings Inc. ("PayPal") is GRANTED. This Court orders PayPal, within ten (10) business days of receipt of this Order, to release to Plaintiff the amounts from the following Defendants' financial accounts up to the damages in the amount of two thousand dollars ($2,000) for willful use of counterfeit CHRISTIAN DIOR Trademarks, per defendant, and two thousand dollars ($2,000) for willful copyright infringement of the Dior Copyrighted Designs, per defendant, awarded by this Court:

| No. | URL | Online Marketplace |
|---|---|---|
| 181 | instagram.com/luxury_we_love_86/ | luxury_we_love_86 |
| 182 | instagram.com/luxurybag1996/ | luxurybag1996 |
| 183 | instagram.com/luxurybags0909/ | luxurybags0909 |
| 184 | instagram.com/luxurybuyer_china/ | luxurybuyer_china |
| 185 | instagram.com/luxurysuppliers89/ | luxurysuppliers89 |
| 186 | instagram.com/nan55699/ | nan55699 |
| 187 | instagram.com/nparisat/ | nparisat |
| 188 | instagram.com/nuxury.cna/ | nuxury.cna |
| 189 | instagram.com/quangjiafukui/ | quangjiafukui |
| 190 | instagram.com/r30ac44_0ac4455/ | r30ac44_0ac4455 |
| 191 | instagram.com/sara_luxury_m1/ | sara_luxury_m1 |

| | | |
|---|---|---|
| 192 | instagram.com/tina_collection_women2021/ | tina_collection_women2021 |
| 193 | instagram.com/valuable86676/ | valuable86676 |
| 194 | instagram.com/vhg8taqo/ | vhg8taqo |
| 195 | instagram.com/vipsupply_2/ | vipsupply_2 |
| 196 | instagram.com/z13249137629w/ | z13249137629w |
| 197 | bitcoinsbank | bitcoinsbank |
| 198 | Stacy007 | Stacy007 |
| 199 | antmall.ru | antmall.ru |
| 200 | antmall.ru | antmall.ru |
| 201 | antmall.ru | antmall.ru |
| 202 | antmall.ru | antmall.ru |
| 203 | antmall.ru | antmall.ru |
| 204 | bagreps.com | bagreps.com |
| 205 | bagreps.com | bagreps.com |
| 206 | eevshop.com | eevshop.com |
| 208 | plum0926.x.yupoo.com/ | plum0926 |
| 209 | sybrandjewelry.com | sybrandjewelry.com |
| 211 | luxurybrandtop.com | luxurybrandtop.com |
| 212 | fauxpursesale.com | fauxpursesale.com |
| 213 | dkiqsale.com | dkiqsale.com |
| 214 | luxbag.top | luxbag.top |
| 215 | loveluxurybrand.com | loveluxurybrand.com |
| 216 | richluxuries.com | richluxuries.com |
| 217 | ilikeluxuries.com | ilikeluxuries.com |
| 218 | goodluxurystore.com | goodluxurystore.com |

DATED: February 21, 2023

Hon. Steven C. Seeger
United States District Judge